```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 04947
   DORA A LARA
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-8227


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/03/2008 and was confirmed 05/22/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED         1108.47           .00            .00
LVNV FUNDING               UNSECURED         1766.66           .00            .00
CREDIT ACCEPTANCE CORP     UNSECURED        NOT FILED          .00            .00
COMCAST                    UNSECURED        NOT FILED          .00            .00
COMCAST                    NOTICE ONLY      NOT FILED          .00            .00
DELL FINANCIAL SERVICES    UNSECURED         1646.94           .00            .00
ISAC                       UNSECURED        12089.72           .00            .00
SIM EDUCATION CREDIT FIN   UNSECURED        NOT FILED          .00            .00
EVERGREEN EMERGENCY SERV   UNSECURED          248.00           .00            .00
EVERGREEN EMERGENCY SERV   NOTICE ONLY      NOT FILED          .00            .00
SPRINT                     UNSECURED        NOT FILED          .00            .00
SPRINT                     NOTICE ONLY      NOT FILED          .00            .00
NICOR GAS                  UNSECURED        NOT FILED          .00            .00
PORTFOLIO RECOVERY         UNSECURED          325.33           .00            .00
LVNV FUNDING               UNSECURED          222.82           .00            .00
MACNEAL EMERGENCY PHYSIC   NOTICE ONLY      NOT FILED          .00            .00
US BANK NATIONAL ASSOCIA   CURRENT MORTG       .00             .00            .00
US BANK NATIONAL ASSOCIA   MORTGAGE ARRE   15903.17            .00            .00
WILSHIRE MTG               CURRENT MORTG       .00             .00            .00
WILSHIRE MTG               MORTGAGE ARRE    4164.22            .00            .00
WILSHIRE CREDIT CORP       UNSECURED        NOT FILED          .00            .00
WILSHIRE CREDIT CORP       NOTICE ONLY      NOT FILED          .00            .00
AMERICAN HONDA FINANCE C   SECURED VEHIC   12988.13          72.65          996.48
NISSAN INFINITI            SECURED VEHIC   14025.00          78.57         1033.89
NISSAN INFINITI            UNSECURED         636.43            .00            .00
B-REAL LLC                 UNSECURED         437.40            .00            .00
US BANK NATIONAL ASSOCIA   NOTICE ONLY      NOT FILED          .00            .00
LEDFORD & WU               DEBTOR ATTY      2,514.00                        563.69
TOM VAUGHN                 TRUSTEE                                          238.72
DEBTOR REFUND              REFUND                                         1,200.00


     Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 04947 DORA A LARA
```

```
--------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     4,184.00

PRIORITY                                                  .00
SECURED                                              2,030.37
    INTEREST                                           151.22
UNSECURED                                                 .00
ADMINISTRATIVE                                         563.69
TRUSTEE COMPENSATION                                   238.72
DEBTOR REFUND                                        1,200.00
                         ---------------        ---------------
TOTALS                      4,184.00                4,184.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 12/22/08             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 08 B 04947 DORA A LARA